UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. BUSBEY,<br><br>Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL GROUP, LLC a/k/a ONE MAIN HOLDINGS, INC.,<br><br>Defendant. | Case No. 4:19-cv-01427<br><br>Honorable Judge Stephen N. Limbaugh, Jr. |

### STIPULATION OF VOLUNTARY DISMISSAL

NOW COMES Jennifer Busbey ("Plaintiff"), by and through her attorneys Sulaiman Law Group, Ltd., and pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby voluntarily dismisses her claims against the Defendant, OneMain Financial Group, LLC a/k/a OneMain Holdings, Inc., without prejudice.

Dated: August 2, 2019

Respectfully Submitted,

/s/ Marwan R. Daher
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

SO OREDERED this 5th day of August, 2019

_____
STEPHEN N. LIMBAUGH Jr.
UNITED STATES DISTRICT JUDGE

1